1 | ROBERT B. JOBE
  | LINA BAROUDI
2 | Law Office of Robert B. Jobe
  | 550 Kearny Street
3 | Suite 200
  | San Francisco, CA 94108
4 |
  | Attorneys for Plaintiff
5 |
  | TONY WEST
6 | Assistant Attorney General
  | DAVID J. KLINE
7 | Director, District Court Section
  | Office of Immigration Litigation
8 | VICTOR M. LAWRENCE
  | Principal Assistant Director
9 | SAMUEL P. GO, NYSBN 4234852
  | Senior Litigation Counsel
10 |
   |     P.O. Box 868, Ben Franklin Station
11 |     Washington, D.C.  20044-0868
   |     Telephone: (202) 353-9923; FAX: (202) 616-8962
12 |
   | Attorneys for Defendants

**GRANTED**

Judge Maria-Elena James

13 |
14 |              UNITED STATES DISTRICT COURT
15 |             NORTHERN DISTRICT OF CALIFORNIA
   |                 SAN FRANCISCO DIVISION
16 |

17 | DEBORA MAYANA MARANJAO DE ARAUJO,        )       No. 3:10-cv-4331 (MEJ)
   |                                          )
18 |              Plaintiff,                  )
   |                                          )
   |       v.                                 )       **STIPULATION OF**
19 |                                          )       **DISMISSAL**
   | ROBIN BARRETT, et al.,                   )
20 |                                          )
   |              Defendants.                 )
21 | _____)

22 |
23 |        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to
24 | dismiss the above-captioned case with prejudice, due to the parties' resolution of the
25 | above-captioned matter without further litigation.  Defendant United States Citizenship and
26 | Immigration Services (USCIS) will vacate its decision denying Ms. Araujo's application for
   | //
27 | //
28 |

adjustment of status and issue a new decision.  Each party will bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

Dated: November 4, 2010                    Respectfully submitted,

                                           TONY WEST
                                           Assistant Attorney General

                                           DAVID J. KLINE
                                           Director, District Court Section
                                           Office of Immigration Litigation

                                           VICTOR M. LAWRENCE
                                           Principal Assistant Director, District Court Section

                                           /s/ Samuel P. Go
                                           SAMUEL P. GO
                                           Senior Litigation Counsel, District Court Section
                                           Office of Immigration Litigation
                                           U.S. Department of Justice, Civil Division

                                           Attorneys for Defendants

Date: November 17, 2010                    /s/ Robert B. Jobe (with permission)
                                           Robert B. Jobe
                                           LAW OFFICES OF ROBERT B. JOBE
                                           550 Kearny St., Ste. 200
                                           San Francisco, CA 94108

                                           Attorneys for Plaintiff

## ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   November 22, 2010

_____
MARIA ELENA JAMES
United States Magistrate Judge